SLIP OPINION

# SUPREME COURT OF ARKANSAS

No. D-12-459

| | |
|---|---|
| STARK LIGON, AS EXECUTIVE DIRECTOR OF THE SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT <br><br>PETITIONER<br><br>V.<br><br>HEATHER PATRICE HOGROBROOKS, ARKANSAS BAR NO. 92029<br><br>RESPONDENT | **Opinion Delivered** June 26, 2014<br><br>MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR ENTRY OF FINAL ORDER OF DISBARMENT OR ALTERNATIVELY FOR A SHOW CAUSE HEARING AS TO WHY JUDGMENT SHOULD NOT BE ENTERED<br><br><u>MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR ENTRY OF FINAL ORDER OF DISBARMENT GRANTED</u>. |

## PER CURIAM

Stark Ligon, as Executive Director of the Arkansas Supreme Court Committee on Professional Conduct, petitions this court to impose the sanction of disbarment against attorney Heather Patrice Hogrobrooks.

On August 27, 2012, pursuant to Arkansas Supreme Court Procedures Regulating Professional Conduct, section 13, we assigned Special Judge John Cole to preside over disbarment proceedings involving Heather Patrice Hogrobrooks. Judge Cole found that Ms. Hogrobrooks committed serious misconduct that warranted disbarment. Judge Cole's findings of fact and conclusions of law were filed with this court, along with the transcript and record of the proceedings. Briefing commenced and pursuant to section 13(D),

Ms. Hogrobrooks was to file the opening brief, which was due to be filed by January 20, 2014. Ms. Hogrobrooks obtained an extension of time and thereafter had until March 6, 2014, to file her brief. Ms. Hogrobrooks tendered her brief on March 17, 2014, but it was rejected as non-compliant. On March 24, 2014, Ms. Hogrobrooks filed a "petition for information regarding the status of appeal" but has filed nothing with this court since that time.

Pursuant to section 13, the findings of fact and conclusions of law of the special judge are accepted by this court unless clearly erroneous. Here, Ms. Hogrobrooks failed to file a brief in compliance with section 13(D). By failing to file an abstract and brief, this court's review is limited to Judge Cole's findings of fact and conclusions of law. There being nothing before this court to show Judge Cole's findings of fact to be clearly erroneous, we grant petitioner's request for a final order disbarring Ms. Hogrobrooks. Her name is ordered removed from the registry of attorneys licensed by the State of Arkansas. She is barred and enjoined from the practice of law in this state.

Order of disbarment granted.

*Stark Ligon*, Executive Director, by: *Michael E. Harmon*, Deputy Director, for petitioner.

*Heather Patrice Hogrobrooks*, pro se respondent.